```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     )
                              )
         v.                   ) Criminal No. 06-18
                              )
JERMAINE DONYELL LANE,        )
    Defendant.                )
```

## ORDER

AND NOW, this 16th day of November, 2006, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered February 14, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Monday, November 20, 2006 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster         , J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Almon S. Burke, Jr.,
      Assistant United States Attorney

      W. Penn Hackney,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation